IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID L. COOKE,

    Plaintiff,

v.

SHERIFF DEPUTY YATES,

    Defendant.

Civ. No. 6:22-cv-01302-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 56), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Defendant did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 56) is adopted. This case is DISMISSED for failure to prosecute. *See* Fed. R. Civ. P. Rule 41(b).

IT IS SO ORDERED.

    DATED this 17th day of May, 2023.

                                                            /s/ Michael J. McShane
                                                                Michael McShane
                                                            United States District Judge

1 –ORDER